

**Keyonn L. Pope**
312-471-8771
kpope@rshc-law.com

June 22, 2023

**VIA EMAIL**

Clerk of Court
United States District Court District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001
Email:  dcd_intake@dcd.uscourts.gov

Case: 1:23−mc−00064
Assigned To : Unassigned
Assign. Date : 6/22/2023
Description: Misc.

Re:     **Application for DMCA Subpoena**

Dear Sir/Madam:

On behalf of our client, Entertainment Software Association (hereinafter "ESA"), we respectfully request that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h).

By way of background, Section 512(h) of the Digital Millennium Copyright Act provides that "copyright owner or person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection."  17 U.S.C. § 512(h)(1).  For a subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the Clerk:

1. A copy of the notification required by Section 512(c)(3)(A);

2. A proposed subpoena; and

3. A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Accordingly, attached for filing with the Clerk is ESA's notification pursuant to Section 512(c)(3)(A), a proposed subpoena and a sworn declaration.  As ESA has complied with the requirements of the statute, they respectfully request the Clerk's expeditious action to minimize further harm to ESA by way of the continued unauthorized exploitation of the copyrighted materials.



**RECEIVED**
JUN 22 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Clerk of Court
United States District Court
  District of Columbia
June 22, 2023
Page 2

       Thank you in advance and please do not hesitate to contact me should you need anything.

                              Very truly yours,

                              */s/ Keyonn L. Pope*

                              Keyonn L. Pope

KLP/gem

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOC., | ) | |
| | ) | |
| Movant, | ) | Case: |
| | ) | Assigned To: |
| v. | ) | Assign. Date: |
| | ) | Description: |
| CLOUDFLARE, INC., | ) | |
| | ) | |
| Non-movant. | ) | |

**MOTION TO ISSUE SUBPOENA**

Entertainment Software Association ("ESA") respectfully requests that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h) requiring Cloudflare, Inc. ("Cloudflare") to provide the identity of the alleged infringers as set forth in the foregoing Exhibit.  In support of its motion, ESA states as follows:

1. ESA is a U.S. trade association that represents the interests of the leading publishers of interactive games for video game consoles, personal computers, handheld devices, and the Internet ("ESA Member Companies").  ESA Member Companies own the intellectual property, including copyright, patent, and trademark rights, associated with their entertainment software products.  ESA is authorized to represent ESA Member Companies in enforcement actions against third parties that infringe or contribute to the infringement of ESA Member Companies' intellectual property rights.

2. Without ESA's or ESA Member Companies' authorization, websites hosted on Cloudflare's network are offering for download ESA Member Companies' copyrighted materials.  Non-limiting examples of the unauthorized copies of ESA Member Companies' copyrighted games include The Legend of Zelda: Tears of the Kingdom, The Show 23,

Minecraft, Sonic Frontiers, Mario Kart 8 Deluxe, Rayman Legends, and Crash Bandicoot N. Sane Trilogy, Resident Evil 4, The Last of Us, Call of Duty Modern Warfare II, God of War Ragnarok, Star Fox Zero, Forza Horizon 5, and Assassin's Creed II.

3. ESA has notified Cloudflare of the alleged infringement.

4. ESA seeks issuance of a subpoena to obtain the identity of the alleged infringers and protect its intellectual property rights in accordance with 17 U.S.C. § 512.

WHEREFORE, ESA respectfully requests that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h) requiring Cloudflare to provide the identity of the alleged infringer as set forth herein and in the foregoing Exhibit.

Dated: June 22, 2023                    Respectfully submitted,

/s/ *Keyonn L. Pope*
Keyonn L. Pope
Edgar Matias
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone:    312.471.8700
Facsimile:    312.471.8701
Email: kpope@rshc-law.com
Email: ematias@rshc-law.com

*Counsel for Movant, Entertainment Software Association.*



Keyonn L. Pope
(312) 471-8771
kpope@rshc-law.com

June 22, 2023

**VIA EMAIL**

Cloudflare, Inc.
101 Townsend Street
San Francisco, CA 94107
legal@cloudflare.com
registrar-abuse@cloudflare.com

      Re:    *DMCA Notification*

To Whom It May Concern:

      I write on behalf of Entertainment Software Association ("ESA"). ESA is a U.S. trade association that represents the interests of the leading publishers of interactive games for video game consoles, personal computers, handheld devices, and the Internet ("ESA Member Companies"). ESA Member Companies own the intellectual property, including copyright, patent, and trademark rights, associated with their entertainment software products. ESA is authorized to represent ESA Member Companies in enforcement actions against third parties that infringe or contribute to the infringement of ESA Member Companies' intellectual property rights.

      We recently learned that Cloudflare, Inc. ("Cloudflare") is hosting nsw2u.com and game-2u.com ("Infringing Websites") on its network. The Infringing Websites are distributing unauthorized copies of ESA Member Companies' copyrighted games. Non-limiting examples of the unauthorized copies of ESA Member Companies' copyrighted games include The Legend of Zelda: Tears of the Kingdom, The Show 23, Minecraft, Sonic Frontiers, Mario Kart 8 Deluxe, Rayman Legends, and Crash Bandicoot N. Sane Trilogy, Resident Evil 4, The Last of Us, Call of Duty Modern Warfare II, God of War Ragnarok, Star Fox Zero, Forza Horizon 5, and Assassin's Creed II. We have a good faith belief that the copyright owner, its agent, or the law have not authorized this activity. We assert that the information in this notification is accurate, based upon the data available to us.

      Therefore, we ask that Cloudflare consider the infringing nature of the Infringing Websites operators' conduct, and whether the Infringing Websites' activities violate Cloudflare's terms of services.

      This correspondence does not waive any rights to recover damages incurred due to any unauthorized activity. ESA and ESA Member Companies expressly reserve all rights and claims for other relief. In addition, if applicable, ESA's use of Cloudflare's required notice form is merely

Cloudflare, Inc.
June 22, 2023
Page 2

meant to facilitate removal of the infringing material and is not meant to suggest or imply that Cloudflare's activities and services are within the scope of the DMCA safe harbor.

    Feel free to contact me at kpope@rshc-law.com or (312) 471-8771 to discuss this notice.

    Sincerely,

    Keyonn L. Pope