# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOC., | ) | |
| | ) | |
| Movant, | ) | Case: |
| | ) | Assigned To: |
| v. | ) | Assign. Date: |
| | ) | Description: |
| CLOUDFLARE, INC., | ) | |
| | ) | |
| Non-movant. | ) | |

## ADDENDUM TO ENTERTAINMENT SOFTWARE ASSOCIATION'S SUBPOENA

Description of documents, electronically stored information, or objects sought by the attached subpoena:

*Documents and information sufficient to disclose the identities of the alleged infringers of video game copies as per described in the notification attached. This would include the individuals' names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the websites located at nsw2u.com and game-2u.com.*